IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTERN DIVISION
No. 7:19-CV-00084-FL

| | |
|---|---|
| AMANDA CORBETT, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER FOR PAYMENT OF ATTORNEY<br>) FEES UNDER THE EQUAL ACCESS TO |
| ANDREW SAUL,[1]<br>Commissioner of Social Security, | ) JUSTICE ACT<br>)<br>) |
| Defendant. | )<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Glancy at Kathleen Shannon Glancy, P.A., and mailed to her office at 114 South Front Street, Wilmington, North Carolina 28401, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 15th day of October, 2020

_LOUISE W. FLANAGAN_
UNITED STATES DISTRICT JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the `Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).