<pre>
                    UNITED STATES  DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                            WESTERN DIVISION
</pre>

| | |
|---|---|
| AMANDA CORBETT )<br>              Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANDREW SAUL, Commissioner of )<br>Social Security, )<br>             Defendant. ) | **JUDGMENT**<br><br>No. 7:19-CV-84-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 15, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,000.00.

**This Judgment Filed and Entered on October 15, 2020, and Copies To:**
Kathleen Glancy  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Jamie D.C. Dixon  (via CM/ECF Notice of Electronic Filing)

October 15, 2020     PETER A. MOORE, JR., CLERK

               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk